1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   100 Pine Street, Suite 2600
3  San Francisco, CA  94111
   Telephone:  415/288-4545
4  415/288-4534 (fax)
   shawnw@csgrr.com
5          – and –
   DARREN J. ROBBINS (168593)
6  DAVID C. WALTON (167268)
   655 West Broadway, Suite 1900
7  San Diego, CA  92101
   Telephone:  619/231-1058
8  619/231-7423 (fax)
   darrenr@csgrr.com
9  davew@csgrr.com

10 Attorneys for Plaintiff

11 [Additional counsel appear on signature page.]

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL OFFUTT, Individually and on Behalf of All Others Similarly Situated, ) ) ) | No. CV-07-06241-JSW |
| Plaintiff, ) ) | <u>CLASS ACTION</u> |
| vs. ) ) ) | NOTICE OF PUBLICATION |
| VERIFONE HOLDINGS INC., et al., ) ) | |
| Defendants. ) ) | |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to Civil L.R. 23-1(a), plaintiff has caused to be published a Notice advising members of the purported class of the pendency of this action in the *Business Wire* on December 11, 2007. A copy of the Notice is attached hereto as Exhibit A.

DATED: December 20, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS


           /s/ Shawn A. Williams
         SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
DAVID C. WALTON
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)

Attorneys for Plaintiff

T:\CasesSF\Verifone 07\NOT00048066.doc

NOTICE OF PUBLICATION - CV-07-06241-JSW                                                                                       - 1 -

# Exhibit A

6 of 17 DOCUMENTS

Copyright 2007 Business Wire, Inc.
Business Wire

December 11, 2007 Tuesday 10:30 PM GMT

**DISTRIBUTION:** Business Editors; Financial Analysts

**LENGTH:** 675 words

**HEADLINE:** Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action Suit Against VeriFone Holdings, Inc.

**DATELINE:** SAN DIEGO

**BODY:**

Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") (http://www.csgrr.com/cases/verifone/) today announced that a class action has been commenced in the United States District Court for the Northern District of California on behalf of purchasers of VeriFone Holdings, Inc. ("VeriFone") (NYSE:PAY) common stock during the period between March 1, 2007 and November 30, 2007 (the "Class Period").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from December 4, 2007. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Darren Robbins of Coughlin Stoia at 800/449-4900 or 619/231-1058, or via e-mail at djr@csgrr.com If you are a member of this class, you can view a copy of the complaint as filed or join this class action online athttp://www.csgrr.com/cases/verifone/. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges VeriFone and certain of its officers and directors with violations of the Securities Exchange Act of 1934. VeriFone engages in the design, marketing, and service of transaction automation systems that enable electronic payments between consumers, merchants, and financial institutions.

The complaint alleges that during the Class Period defendants made materially false and misleading statements regarding VeriFone's financial results. Specifically, defendants misrepresented and failed to disclose the following material adverse facts: (i) the Company was materially overstating its financial results by failing to properly value its inventory and it was materially understating its cost of net revenues; (ii) the Company was not following its publicly stated accounting policies; and (iii) as a result of the foregoing, the Company's financial statements were not prepared in accordance with generally accepted accounting principles and therefore were materially false and misleading.

On December 3, 2007, prior to the opening of the market, VeriFone issued a press release announcing that it had concluded that its unaudited interim consolidated financial statements for the three months ended January 31, 2007, the three and six months ended April 30, 2007, and the three and nine months ended July 31, 2007, should no longer be relied upon, principally due to errors in accounting related to the valuation of in-transit inventory and allocation of manufacturing and distribution overhead to inventory, each of which affects VeriFone's reported costs of net revenues. The Company further reported that it had materially overstated inventories and materially understated cost of net revenues for interim periods in 2007.

In response to this announcement, the price of VeriFone stock plummeted, falling from $48.03 per share on

Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action Suit Against VeriFone Holdings, Inc. Business Wire December 11, 2007 Tuesday 10:30 PM GMT

November 30, 2007 to as low as $23.67 per share in intra-day trading on December 3, 2007, on extremely heavy trading volume.

Plaintiff seeks to recover damages on behalf of all purchasers of VeriFone common stock during the Class Period (the "Class"). The plaintiff is represented by Coughlin Stoia, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Coughlin Stoia, a 190-lawyer firm with offices in San Diego, San Francisco, Los Angeles, New York, Boca Raton, Washington, D.C., Houston and Philadelphia, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. Coughlin Stoia lawyers have been responsible for more than $45 billion in aggregate recoveries. The Coughlin Stoia Web site (http://www.csgrr.com) has more information about the firm.


CONTACT: Coughlin Stoia Geller Rudman & Robbins LLP
Darren Robbins, 800-449-4900 or 619-231-1058
djr@csgrr.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** December 12, 2007