1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   100 Pine Street, Suite 2600
3  San Francisco, CA  94111
   Telephone:  415/288-4545
4  415/288-4534 (fax)
   shawnw@csgrr.com
5       – and –
   DARREN J. ROBBINS (168593)
6  DAVID C. WALTON (167268)
   655 West Broadway, Suite 1900
7  San Diego, CA  92101
   Telephone:  619/231-1058
8  619/231-7423 (fax)
   darrenr@csgrr.com
9  davew@csgrr.com

10  Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14  DANIEL OFFUTT, Individually and on Behalf )  No. CV-07-06241-JSW
    of All Others Similarly Situated,         )
15                                             )  <u>CLASS ACTION</u>
                        Plaintiff,             )
16                                             )  PROOFS OF SERVICE
         vs.                                   )
17                                             )
    VERIFONE HOLDINGS INC., et al.,           )
18                                             )
                        Defendants.            )
19  _____ )

20

21

22

23

24

25

26

27

28

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN ANTHONY WILLIAMS, ESQ. (213113)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | (415) 288-4545 | |
| Attorneys for:  PLAINTIFF | Ref. No. Or File No.<br>W2489070 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
DANIEL OFFUTT, etc., et al.

Defendant:
VERIFONE HOLDINGS INS., et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV 07 6241JSW |
|---|---|---|---|---|

I, Scott E. Lane , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: NOTICE OF PUBLICATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : VERIFONE HOLDINGS, INC.

By Serving       : KATHERINE STEPHENS, Corporate Legal Director,
                   Authorized to Accept Service of Process
Address          : 2099 Gateway Place, Suite 600 , San Jose, CA 95110
Date & Time      : Thursday, December 20, 2007 @ 3:25 p.m.
Witness fees were : Not applicable.

Person serving:
Scott E. Lane
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 341
   (3) County: San Francisco
   (4) Expires: 7/26/2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 20, 2007

Signature: _____
                 Scott E. Lane


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN ANTHONY WILLIAMS, ESQ. (213113)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | (415) 288-4545 | |
| Attorneys for:   PLAINTIFF | Ref. No. Or File No.<br>W2489070 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
DANIEL OFFUTT, etc., et al.

Defendant:
VERIFONE HOLDINGS INS., et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV 07 6241JSW |
|---|---|---|---|---|

I, Scott E. Lane, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: NOTICE OF PUBLICATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : DOUGLAS G. BERGERON

By Serving        : KATHERINE STEPHENS, Corporate Legal Director,
                    Authorized to Accept Service of Process
Address           : 2099 Gateway Place, Suite 600, San Jose, CA 95110
Date & Time       : Thursday, December 20, 2007 @ 3:25 p.m.
Witness fees were : Not applicable.

Person serving:
Scott E. Lane
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 341
   (3) County: San Francisco
   (4) Expires: 7/26/2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 20, 2007

Signature: _____
Scott E. Lane


Printed on recycled paper

**Attorney Or Party Without Attorney (Name and Address):**
SHAWN ANTHONY WILLIAMS, ESQ. (213113)
COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
100 Pine Street, Suite 2600
San Francisco, California 94111

**Telephone:** (415) 288-4545

**Ref. No. Or File No.:** W2489070

**Attorneys for:** PLAINTIFF

**Insert name of court, judicial district and branch court, if any:**
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Plaintiff:** DANIEL OFFUTT, etc., et al.

**Defendant:** VERIFONE HOLDINGS INS., et al.

## PROOF OF SERVICE

**Case Number:** CV 07 6241JSW

I, Scott E. Lane, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: NOTICE OF PUBLICATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Defendant | : BARRY ZWARENSTEIN |
| By Serving | : KATHERINE STEPHENS, Corporate Legal Director, Authorized to Accept Service of Process |
| Address | : 2099 Gateway Place, Suite 600, San Jose, CA 95110 |
| Date & Time | : Thursday, December 20, 2007 @ 3:25 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
Scott E. Lane
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 341
   (3) County: San Francisco
   (4) Expires: 7/26/2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 20, 2007

Signature: _____
Scott E. Lane


Printed on recycled paper