**ORIGINAL**

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

DANIEL OFFUTT, Individually and on Behalf of All Others Similarly Situated,
    Plaintiff,

v.

VERIFONE HOLDINGS INC., DOUGLAS G. BERGERON and BARRY ZWARENSTEIN,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 07 6241 JSW

TO: (Name and address of defendant)

See ATTACHMENT A

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shawn A. Williams
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE: DEC 11 2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    *Date*                                          *Signature of Server*

                                                              _____
                                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## ATTACHMENT A

Verifone Holdings, Inc.
2099 Gateway Place, Suite 600
San Jose, CA 95110

Douglas G. Bergeron
40 Fox Hill Road
Redwood City, CA 94062

Barry M. Zwarenstein
54 Mount Hamilton Avenue, Apt. #8
Los Altos, CA 94022

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN ANTHONY WILLIAMS, ESQ. (213113)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111 | (415) 288-4545 | |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>W2488869 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
DANIEL OFFUTT, etc., et al.

Defendant:
VERIFONE HOLDINGS INS., et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV 07 6241JSW |
|---|---|---|---|---|

I, Mike Weeker, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDERS; JOINT CMC STATEMENT STANDING ORDER; ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT; EFC REGISTRATION INFORMATION HANDOUT; N.D. CAL. SAN FRANCISCO DIVISION GUIDELINES

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : VERIFONE HOLDINGS, INC.

By Serving       : KATHERINE STEPHENS, Corporate Legal Director,
                   Authorized to Accept Service of Process
Address          : 2099 Gateway Place, Suite 600, San Jose, CA 95110
Date & Time      : Tuesday, December 18, 2007 @ 1:20 p.m.
Witness fees were : Not applicable.

Person serving:
Mike Weeker
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 617
   (3) County: Santa Clara
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 19, 2007            Signature: _____
                                              Mike Weeker


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN ANTHONY WILLIAMS, ESQ. (213113)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111 | (415) 288-4545 | |
| | Ref. No. Or File No.<br>W2488870 | |
| Attorneys for: PLAINTIFF | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
DANIEL OFFUTT, etc., et al.

Defendant:
VERIFONE HOLDINGS INS., et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV 07 6241JSW |
|---|---|---|---|---|

I, Mike Weeker, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDERS; JOINT CMC STATEMENT STANDING ORDER; ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT; EFC REGISTRATION INFORMATION HANDOUT; N.D. CAL. SAN FRANCISCO DIVISION GUIDELINES

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : DOUGLAS G. BERGERON

By Serving : KATHERINE STEPHENS, Corporate Legal Director, on behalf of Douglas G. Bergeron

Address : 2099 Gateway Place, Suite 600, San Jose, CA 95110
Date & Time : Thursday, December 20, 2007 @ 11:00 a.m.
Witness fees were : Not applicable.

Person serving:
Mike Weeker
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 617
   (3) County: Santa Clara
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 21, 2007          Signature: _____
                                            Mike Weeker


Printed on recycled paper

| | | | |
|---|---|---|---|
| Attorney Or Party Without Attorney (Name and Address)<br>SHAWN ANTHONY WILLIAMS, ESQ. (213113)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | Telephone:<br>(415) 288-4545 | FOR COURT USE ONLY | |
| Attorneys for:  PLAINTIFF | Ref. No. Or File No.<br>W2488871 | | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | |
| Plaintiff:<br>DANIEL OFFUTT, etc., et al. | | | |
| Defendant:<br>VERIFONE HOLDINGS INS., et al. | | | |
| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 07 6241JSW |

I, Mike Weeker, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDERS; JOINT CMC STATEMENT STANDING ORDER; ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT; EFC REGISTRATION INFORMATION HANDOUT; N.D. CAL. SAN FRANCISCO DIVISION GUIDELINES

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : BARRY ZWARENSTEIN

By Serving       : KATHERINE STEPHENS, Corporate Legal Director, on behalf of BARRY ZWARENSTEIN

Address          : 2099 Gateway Place, Suite 600 , San Jose, CA 95110
Date & Time      : Thursday, December 20, 2007 @ 11:00 p.m.
Witness fees were : Not applicable.

Person serving:
Mike Weeker
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 617
   (3) County: Santa Clara
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 21, 2007

Signature: _____
          Mike Weeker


Printed on recycled paper