| | |
|---|---|
| Martin D. Chitwood | Robert C. Schubert (State Bar No. 62684) |
| (To Be Admitted *Pro Hac Vice*) | Juden Justice Reed (State Bar No. 153748) |
| mchitwood@chitwoodlaw.com | Willem F. Jonckheer (State Bar No. 178748) |
| James M. Wilson, Jr. | SCHUBERT & REED LLP |
| (To Be Admitted *Pro Hac Vice*) | Three Embarcadero Center, Suite 1650 |
| jwilson@chitwoodlaw.com | San Francisco, CA  94111 |
| CHITWOOD HARLEY HARNES LLP | Telephone: (415) 788-4220 |
| 2300 Promenade II | Facsimile:  (415) 788-0161 |
| 1230 Peachtree Street, N.E. | |
| Atlanta, Georgia 30309 | Proposed Liaison Counsel |
| Telephone: (404) 873-3900 | |
| Facsimile:  (404) 876-4476 | |

Gregory E. Keller (To Be Admitted *Pro Hac Vice*)
gkeller@chitwoodlaw.com
Darren T. Kaplan (To Be Admitted *Pro Hac Vice*)
dkaplan@chitwoodlaw.com
Eran Rubinstein (To be Admitted *Pro Hac Vice*)
erubinstein@chitwoodlaw.com
Susan Boltz Rubinstein
(To be Admitted *Pro Hac Vice*)
srubinstein@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Attorneys for Movants and Proposed Lead Counsel

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually And On Behalf Of All Others Similarly Situated, | NO.  3:07-CV-06140-MHP |
| | **[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING THE ISRAELI INSTITUTIONAL INVESTOR GROUP AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL** |
| Plaintiff, | |
| vs. | |
| | Date: March 10, 2008 |
| | Time: 2:00 p.m. |
| VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON and BARRY ZWARENSTEIN, | Hon. Marilyn Hall Patel |
| | No.  3:07-CV-06140-MHP |
| Defendants. | |

| | | |
|---|---|---|
| 1 | | |
| 2 | PETER LEIN, Individually And On Behalf Of All Others Similarly Situated, | ) <br> ) CIVIL ACTION NO. 3:07-CV-06195-JSW <br> ) |
| 3 | | )    Judge: Hon. Jeffrey S. White |
| 4 | Plaintiff, | ) <br> ) |
| 5 | | ) |
| 6 | vs. | ) <br> ) |
| 7 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON and BARRY ZWARENSTEIN, | ) <br> ) <br> ) |
| 8 | | ) <br> ) |
| 9 | Defendants. | ) |
| 10 | BRIAN VAUGHN, et al., Individually And On Behalf Of All Others Similarly Situated, | ) <br> ) CIVIL ACTION NO.: 3:07-CV-06197-VRW <br> ) |
| 11 | | |
| 12 | | )    Judge: Hon. Vaughn R. Walker <br> ) |
| 13 | Plaintiff, | ) <br> ) |
| 14 | vs. | ) <br> ) |
| 15 | | ) |
| 16 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON and BARRY ZWARENSTEIN, | ) <br> ) <br> ) |
| 17 | | ) |
| 18 | Defendants. | ) <br> ) |
| 19 | ALBERT L. FELDMAN, et al., Individually And On Behalf Of All Others Similarly Situated, | ) <br> ) CIVIL ACTION NO.: 3:07-CV-06218-MMC <br> ) |
| 20 | | |
| 21 | | )    Judge: Hon. Maxine M. Chesney <br> ) |
| 22 | Plaintiff, | ) <br> ) |
| 23 | vs. | ) <br> ) |
| 24 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON and BARRY ZWARENSTEIN, | ) <br> ) <br> ) |
| 25 | | ) |
| 26 | Defendants. | ) <br> ) |
| 27 | | ) |
| 28 | DONALD CERINI, Individually And On Behalf Of All Others | ) <br> ) CIVIL ACTION NO.: 3:07-CV-06228-SC |

| | | |
|---|---|---|
| 1 | Similarly Situated, ) | |
| 2 | ) | Judge: Hon. Samuel Conti |
| 3 | Plaintiff, ) | |
| 4 | vs. ) | |
| 5 | VERIFONE HOLDINGS, INC., ) DOUGLAS G. BERGERON and ) | |
| 6 | BARRY ZWARENSTEIN, ) | |
| 7 | Defendants. ) | |
| 8 | _____) | |
| 9 | WESTEND CAPITAL ) MANAGEMENT, LLC, Individually ) | CIVIL ACTION NO.: 3:07-CV-06237-MMC |
| 10 | And On Behalf Of All Others ) Similarly Situated, ) | |
| 11 | ) | Judge: Hon. Maxine M. Chesney |
| 12 | Plaintiff, ) | |
| 13 | vs. ) | |
| 14 | VERIFONE HOLDINGS, INC., ) DOUGLAS G. BERGERON and ) | |
| 15 | BARRY ZWARENSTEIN, ) | |
| 16 | Defendants. ) | |
| 17 | _____) | |
| 18 | KURT HILL, Individually ) And On Behalf Of All Others ) | CIVIL ACTION NO.: 3:07-CV-06238-MHP |
| 19 | Similarly Situated, ) | Judge: Hon. Marilyn Hall Patel |
| 20 | ) | |
| 21 | Plaintiff, ) | |
| 22 | vs. ) | |
| 23 | VERIFONE HOLDINGS, INC., ) DOUGLAS G. BERGERON and ) | |
| 24 | BARRY ZWARENSTEIN, ) | |
| 25 | Defendants. ) | |
| 26 | _____) | |
| 27 | DANIEL OFFUTT, Individually ) And On Behalf Of All Others ) | CIVIL ACTION NO.: 3:07-CV-06241-JSW |
| 28 | Similarly Situated, ) | Judge: Hon. Jeffrey S. White |

[Proposed] Order Consolidating Related Actions, Appointing the Israeli Institutional Investor Group as Lead Plaintiff
and Approving Lead Plaintiff's Selection of Lead Counsel
No. 3:07-CV-06140

| | | |
|---|---|---|
| 1 | Plaintiff, | ) <br> ) |
| 2 | | ) |
| 3 | vs. | ) <br> ) |
| 4 | VERIFONE HOLDINGS, INC., | ) |
| | DOUGLAS G. BERGERON and | ) |
| 5 | BARRY ZWARENSTEIN, | ) <br> ) |
| 6 | Defendants. | ) |
| 7 | ──────────────────────── | ) |
| | EDWARD FEITEL, Individually | ) |
| 8 | And On Behalf Of All Others | ) CIVIL ACTION NO.: 4:08-CV-00118-CW |
| | Similarly Situated, | ) |
| 9 | | ) Judge: Hon. Claudia Wilken <br> ) |
| 10 | Plaintiff, | ) <br> ) |
| 11 | vs. | ) |
| 12 | | ) <br> ) |
| 13 | VERIFONE HOLDINGS, INC., <br> DOUGLAS G. BERGERON and | ) <br> ) |
| | BARRY ZWARENSTEIN, | ) |
| 14 | | ) |
| 15 | Defendants. | ) |
| | ──────────────────────── | ) |

[Proposed] Order Consolidating Related Actions, Appointing the Israeli Institutional Investor Group as Lead Plaintiff
and Approving Lead Plaintiff's Selection of Lead Counsel
No. 3:07-CV-06140

## **ORDER**

Having considered the Israeli Institutional Investor Group's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion"), the record herein, and for good cause appearing therefore, this Court ORDERS the following:

1. All related actions are hereby consolidated pursuant to Fed. R. Civ. P. 42(a) under the heading *In re VeriFone Holdings, Inc.*, Civil Action No. 3:07-CV-06140 (the "Consolidated Action");

2. The Israeli Institutional Investor Group is appointed as Lead Plaintiff in the Consolidated Action pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995; and

3. The law firm of Chitwood Harley Harnes LLP is hereby APPOINTED as Lead Counsel and the firm of Schubert & Reed LLP is hereby APPOINTED as Liaison Counsel for Lead Plaintiff and the proposed class, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the Consolidated Action.

IT IS SO ORDERED

DATED: _____

_____
The Honorable Marilyn Hall Patel
United States District Court Judge

submitted by:

Robert C. Schubert (State Bar No. 62684)
Juden Justice Reed (State Bar No. 153748)
Willem F. Jonckheer (State Bar No. 178748)

**SCHUBERT & REED LLP**
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Proposed Liaison Counsel

Martin D. Chitwood (To be Admitted *Pro Hac Vice*)
Josh M. Wilson (To be Admitted *Pro Hac Vice*)
**CHITWOOD HARLEY HARNES LLP**
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

Gregory E. Keller (To be Admitted *Pro Hac Vice*)
Darren T. Kaplan (To be Admitted *Pro Hac Vice*)
Eran Rubinstein (To be Admitted *Pro Hac Vice*)
Susan Boltz Rubinstein (To be Admitted *Pro Hac Vice*)
**CHITWOOD HARLEY HARNES LLP**
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Attorneys for Movants and Proposed Lead Counsel