UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS INC<br>SECURITIES LITIGATION<br>_____ / | No. C 07-06140 MHP<br>**CLERK'S NOTICE**<br>**(Rescheduling Motion Hearing)** |

    The parties are notified that the hearing of the motion(s) in this matter currently on calendar for March 10, 2008, is hereby RESCHEDULED to **March 17, 2008, at 2:00 p.m.** Please note that only the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date remains in effect.

Richard W. Wieking
Clerk, U.S. District Court

Dated: February 13, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140